UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ARTHUR WAYNE WALKER,
an individual,

                Plaintiff,

v.

B & B PRINT SOURCE, INC., a/b/n
MANAGEMENT, INC., of PRINT
SOURCE, INC., an Oregon Domestic
Business Corporation,

                Defendant.

Case No.: 3:17-cv-01159-AC

JUDGMENT OF DISMISSAL

ACOSTA, Magistrate Judge:

Based on the parties' Stipulated Notice (motion for judgment) of Dismissal (ECF #58), filed by the parties on August 8, 2019, the court finds this case has been fully compromised and settled. Accordingly,

IT IS ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice and without costs to any party; (2) pending motions, if any, are DENIED as moot; and (3) all scheduling dates shall be vacated and stricken from the calendar.

DATED this 9th day of August, 2019.

                                        JOHN V. ACOSTA
                                        United States Magistrate Judge